```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```
------------------------------------------------------------

ARTIST PUBLISHING GROUP, LLC, ET AL.,

       Plaintiffs,

  - against -

TRAIL BLAZERS, INC., ET AL.,

       Defendants.

24-cv-5464 (JGK)

ORDER

------------------------------------------------------------

JOHN G. KOELTL, District Judge:

  The parties are directed to submit a Rule 26(f) report by October 31, 2024.

SO ORDERED.

Dated: New York, New York
    October 17, 2024

              /s/ John G. Koeltl
              John G. Koeltl
            United States District Judge