UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
ARTIST PUBLISHING GROUP LLC, et al,
                Plaintiff(s)

          -against-

TRAIL BLAZERS, INC., et al,
                Defendant(s).
------------------------------------------------------------X

24 civ 5464 (JGK)

## ORDER

The conference scheduled for December 3, 2024, at 4:00pm is canceled.

**SO ORDERED.**

_____
**JOHN G. KOELTL
UNITED STATES DISTRICT JUDGE**

Dated: New York, New York
      November 21, 2024