

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: ___2/5/2025___

**MEMO ENDORSED**

**email:** djohnson@jjllplaw.com

February 5, 2025

> Application DENIED. Plaintiffs in all twelve coordinated cases chose to file in this District. The Court regrets the inconvenience but finds no reason to make an exception to its usual policy regarding initial case management conferences. SO ORDERED.
>
> _Barbara Moses_
> _____    2/5/2025
> Barbara Moses, U.S.M.J.

**VIA ECF**

Honorable Barbara Moses
United States Courthouse
500 Pearl Street
New York, NY 10007-1312

RE:    *Artist Publishing Group, LLC, et al. v. Cavaliers Operating Company, LLC, et al. – No. 24-cv-05454 (ER) (BCM)*

*Artist Publishing Group, LLC, et al. v. The Denver Nuggets Limited Partnership, et al. – No. 24-cv-05455 (JAV) (BCM)*

*Artist Publishing Group, LLC, et al. v. Pacers Basketball, LLC, et al. – No. 24-cv-05456 (AKH) (BCM)*

*Artist Publishing Group, LLC, et al. v. Miami Heat Limited Partnership, et al. – No. 24-cv-05457 (JGK) (BCM)*

*Artist Publishing Group, LLC, et al. v. Minnesota Timberwolves Basketball Limited Partnership, et al. – No. 24-cv-05458 (VM) (BCM)*

*Artist Publishing Group, LLC, et al. v. New Orleans Pelicans NBA, LLC, et al. – No. 24-cv-05459 (JAV) (BCM)*

*Artist Publishing Group, LLC, et al. v. New York Knicks, LLC, et al. – No. 24-cv-05460 (LJL) (BCM)*

*Artist Publishing Group, LLC, et al. v. Philadelphia 76ers, L.P., et al. – No. 24-cv-05462 (GHW) (BCM)*

*Artist Publishing Group, LLC, et al. v. Suns Legacy Partners, L.L.C, et al. – No. 24-cv-05463 (JLR) (BCM)*

*Artist Publishing Group, LLC, et al. v. Trail Blazers, Inc., et al. – No. 24-cv-05464 (JGK) (BCM)*

*Artist Publishing Group, LLC, et al. v. Sacramento Kings Limited Partnership, et al. – No. 24-cv-05465 (GHW) (BCM)*

*Artist Publishing Group, LLC, et al. v. San Antonio Spurs, L.L.C., et al. – No. 24-cv-05466 (JHR) (BCM)*

### *Coordinated Request for Telephonic Appearance*

Dear Judge Moses:

This letter is submitted jointly in advance of the Initial Pretrial Conference scheduled for February 10, 2025 in the above-captioned matter. The parties jointly request to appear remotely for the Pretrial Conference. Due to scheduling conflicts, lead counsel for Plaintiffs would need to travel to attend in person, or local counsel will appear who did not participate in the parties' initial 26(f) conference or prepare the parties' joint letter or proposed schedule. The parties do not anticipate any scheduling disagreements or complex issues to require resolution during the conference that would

necessitate in-person participation. Therefore, good cause exists to allow both sides to appear telephonically to eliminate unnecessary costs and undue burden on the litigants. The parties respectfully request the Court permit remote appearances.

Should the Court grant the parties' request to appear remotely, the following attorneys will participate in the conference:

For Plaintiffs                          For Defendant
Douglas Johnson                    David Slovick
djohnson@jjllplaw.com          Dslovick@btlaw.com
310-975-1080                         (646) 746-2000

Frank R. Trechsel                   Anna Kalinina
Ftrechsel@jjllplaw.com          Anna.Kalinina@btlaw.com
310-975-1080                         (214) 258-4168

Cordially,

JOHNSON & JOHNSON LLP

Douglas L. Johnson